James R. Eiszner, # JE-7468
jeiszner@shb.com
John F. Murphy (admitted *pro hac vice*)
jmurphy@shb.com
SHOOK, HARDY & BACON, L.L.P.
2555 Grand Blvd.
Kansas City, MO  64108-2613
Telephone:  (816) 474-6550
Facsimile:  (816) 421-5547

John Lewis Jr. (admitted *pro hac vice*)
johnlewis@na.ko.com
Shani C. Thome, # SD-3608
sthome@na.ko.com
THE COCA-COLA COMPANY
One Coca-Cola Plaza
Atlanta, Georgia  30313
Telephone:     (404) 676-2121
Facsimile:     (404) 676-7636

Attorneys for Defendants
THE COCA-COLA COMPANY
and ENERGY BRANDS INC. (d/b/a GLACEAU)

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BATSHEVA ACKERMAN, RUSLAN ANTONOV, JAMES KOH and JERRAD PELKEY, individually and on behalf of those similarly situated, | Case No. 09-cv-0395-CPS-RML |
| | DEFENDANTS' NOTICE OF MOTION AND MEMORANDUM OF LAW IN SUPPORT OF THEIR |
| **Plaintiffs,** | MOTION TO DISMISS |
| vs. | |
| | Date:  August 19, 2009 |
| **THE COCA-COLA COMPANY** | Time:  4:30 p.m. |
| **and ENERGY BRANDS INC.** | Dept.:  Courtroom 6A S |
| | Judge: Judge Charles P. Sifton |
| **Defendants.** | |

TO THE UNITED STATES DISTRICT COURT AND ALL PARTIES OF

RECORD:

3501911v1

PLEASE TAKE NOTICE that on June 22, 2009, Defendants The Coca-Cola Company and Energy Brands Inc (d/b/a Glaceau) will make a motion to dismiss Plaintiffs' First Amended Class Action Complaint. The motion will be heard on August 19, 2009, at 4:30 p.m., in Courtroom 6A S, located at 225 Cadman Plaza East, Brooklyn, New York 11201, in the United States District Court for the Eastern District of New York, before the Honorable Charles P. Sifton. The motion will be based upon the points and authorities in support of Defendants' Memorandum of Law submitted herewith and will seek the relief requested below.

## STATEMENT OF RELIEF REQUESTED

Defendants seek an order dismissing Plaintiffs' claims in their entirety because Plaintiffs' claims are barred by federal preemption and in addition, Plaintiffs' claims fail to state a claim under Fed. R. Civ. P. 8 and/or fail to plead with the requisite particularity required under Fed. R. Civ. P. 9(b).

3501911v1

Dated: June 22, 2009	By: /s/ James R. Eiszner
	James R. Eiszner, # JE-7468
	John F. Murphy (admitted *pro hac vice*)
	SHOOK, HARDY & BACON L.L.P.
	2555 Grand Blvd.
	Kansas City, MO  64108-2613
	Telephone:  816.474.6550
	Facsimile:  816.421.5547

*Counsel for Defendants*
*The Coca-Cola Company*
*and Energy Brands Inc.*

3501911v1

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2009, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Eastern District's Local Rules, and/or the Eastern District's Rules on Electronic Service upon the following parties and participants:

>Michael R. Reese
>Kim E. Richman
>Reese Richman LLP
>875 Sixth Avenue, 18th Floor
>New York, New York 10001
>
>Deborah Clark-Weintraub
>Whatley Drake & Kallas, LLC
>1540 Broadway, 37th Floor
>New York, New York 10036
>
>Mark S. Reich
>Joseph Russello
>Coughlin Stoia Geller Rudman & Robbins LLP
>58 South Service Road, Suite 200
>Melville, NY 11747

COUNSEL FOR PLAINTIFFS

/s/ James R. Eiszner
ATTORNEY FOR DEFENDANTS

3501911v1